# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

January 29, 2025

> Deft's request to temporarily modify his conditions of release to permit him to travel to Orlando, FL from Feb. 17, 2025 to Feb. 22, 2025 is GRANTED without objection by the Gov't and the Pretrial Services Officer. Deft. shall provide specific travel information to his Pretrial Services Officer before the trip. Clerk of Court is requested to terminate the motion at ECF No. 75.
> Dated: White Plains, NY
> January 30, 2025
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA EMAIL & ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Henley Voltaire, 25-cr-00019 (NSR)*

Dear Honorable Judge ~~Krause~~ Román:

    I write to request that Mr. Voltaire's release conditions be amended to permit him to travel to Orlando, Florida to visit his brother from February 17, 2025, to February 22, 2025.

    Mr. Voltaire was arrested and presented on May 14, 2024, before the Honorable Andrew E. Krause on conduct related to actions that allegedly took place in 2019 and 2020. He was released, on consent, with a $100,000 unsecured bond co-signed by two financial responsible people and the standard release conditions.

    A notice of intent was filed, and the case was wheeled out to Your Honor on January 2, 2025. The parties were referred to Magistrate Judge Victoria Reznik for entry of the guilty plea. On January 16, 2025, Mr. Voltaire waived indictment and pleaded guilty to a two-count information charging him with conspiracy to transport stolen goods and wire fraud. Mr. Voltaire is scheduled to be sentenced before Your Honor on April 23, 2025, at 10:00 a.m. Mr. Voltaire remains released on conditions since his arrest in May 2024 and has been compliant with his conditions.

    Mr. Voltaire hopes to travel to Florida with one of his brothers and his son over the school break to visit with his other brother who resides in Orlando, Florida. If approved, they would travel to Florida on February 17, 2025, and return February 22, 2025. I have consulted his Pre-Trial Services officer Andrew Abbot who does not oppose this request. I also consulted the government, through Assistant United States Attorney Margaret Vasu who also does not oppose this request.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025

Therefore, it is respectfully requested that he be permitted to travel as delineated. Thank you for your time and consideration of this matter.

                                                Respectfully submitted,

                                                Elizabeth K. Quinn
                                                Assistant Federal Defender
                                                Counsel for Henley Voltaire

cc:    Margaret Vasu, AUSA
        Andrew Abbott, PTO