| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X | **MEMORANDUM**<br>FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |
| United States of America,<br>       Government | Judge : **Victoria Reznik, U.S.M.J** |
|   -against- | Case Number: |
| Defendant(s)<br>-------------------------------------------------------------X | |

TO:  **Honorable Nelson S. Román, United States District Judge**

  On _____ a Rule11 allocution was taken on consent of both parties before me pursuant to your Standing Order.  Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.  If I can be of any further assistance in this matter I would be pleased to do so.


Dated:
White Plains, New York

                  Respectfully Submitted,

                  _/s/ Victoria Reznik_____
                  Victoria Reznik, USMJ