UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

USA

      - against -

HENLEY VOLTAIRE,

                    Defendant.
-------------------------------------------------------- X

25 Cr. 00019-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated January 16, 2025, is approved and accepted.

                                                    SO ORDERED.

                                                    _____
                                                    Hon. Nelson S. Román,
                                                    United States District Judge

Dated: White Plains, NY
         February 14, 2025



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2025