UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

v.

HENLEY VOLTAIRE

───────────────────────────────

<div style="float:right">

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025

**Consent
Order of Restitution**

25 Cr. 19 (NSR)

</div>

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Margaret N. Vasu, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Two of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Henley Voltaire, the defendant, shall pay restitution in the total amount of $314,657.02, pursuant to 18 §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664, to the victims of the offenses charged in Counts One and Two. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

    A. **Joint and Several Liability**

Restitution is joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Ollens Jules and Lenard Gillis (the "co-defendants"), should either be convicted in connection with docket 24 MJ 1842.

The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim identified in the

2025.02.20

Schedule of Victims has recovered the total amount of each loss from the restitution paid by the defendant and co-defendants ordered to pay the same victims.

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least 10% percent of the defendant's gross income, payable on the first of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.  **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.  **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

[*continued on the next page*]

5. **<u>Term of Liability</u>**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          July 18, 2025
Margaret N. Vasu                                              DATE
50 Main Street, Suite 1100
White Plains, NY 10606
Tel.: (914) 993 – 1926

HENLEY VOLTAIRE

By: _____          07/21/2025
Henley Voltaire                                                 DATE

By: _____          7/21/2025
Elizabeth K. Quinn, Esq.                                    DATE
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7133

SO ORDERED:

_____              7/23/2025
HONORABLE NELSON S. ROMÁN                  DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                                                        4

**SCHEDULE A – FILED UNDER SEAL**