# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 4, 2025

**Deft's request to modify his home detention conditions to also permit him to take his mother to her medical appointments with documentation provided to the Probation Officer is GRANTED without opposition by the Gov't and the Probation Officer. Clerk of Court is requested to terminate the motion at ECF No. 92.**
**Dated: White Plains, NY**
   **August 7, 2025**
**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**VIA EMAIL & ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Henley Voltaire, 25-cr-00019 (NSR)*

Dear Honorable Judge Román:

    I write to request that Mr. Voltaire's home detention condition be modified to permit him to take his mother to medical appointments as needed so long as he provides documentation to his probation officer.

    Mr. Voltaire was sentenced by Your Honor on May 6, 2025, to time served with a total term of supervision of five years. In addition, he was sentenced to 18 months home detention to be monitored by electronic monitoring with exceptions made for work, school/vocational course, school for child, any documented medical appointments for himself or his child and one day for religious services as approved by his probation officer.

    Since his sentencing, his mother has been diagnosed with stage 4 cancer and requires assistance to get to her medical appointments for chemotherapy. He therefore is requesting that he be permitted to accompany his mother to her medical appointments as needed. I have conferred with Mr. Voltaire's probation officer who does not oppose this request so long as he is able to show proof of where he is during the allotted hours. I have conferred with the government through Assistant United States Attorney Margaret Vasu who also does not oppose with the same stipulation that Mr. Voltaire provide proof of attending the medical appointments.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/07/2025

Therefore, it is respectfully requested that Mr. Voltaire's home confinement be modified to permit him to take his mother to medical appointments as needed so long as he provides documentation to his probation officer. Thank you for your time and consideration of this matter.

        Respectfully submitted,

        Elizabeth K. Quinn
        Assistant Federal Defender
        Counsel for Henley Voltaire

cc:     Margaret Vasu, AUSA